```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE LOCAL PENSION 210
AFFILIATED PENSION TRUST

                        - against -

KINRAY, INC.

                        Defendant.
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/10

07 Civ. 1959 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

This case is dismissed due to Plaintiff's failure to serve Defendant as provided in Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: New York, New York
       March 30, 2010

                                        _____
                                        Robert P. Patterson, Jr.
                                        U.S.D.J.

Copies of this order were faxed to:

*Plaintiff's Attorney:*

Wiseman & Hoffmann
450 Seventh Avenue
Suite 1400
New York, NY  10123
Tel: 212-686-2110
Fax: 212-686-4766